UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| STEVE LIBBY )<br>Plaintiff, )<br>)<br>)<br>WILLIAM H. COSTIGAN, JR., )<br>CHIEFTAN FISHING, INC., THE CHIEF, )<br>SMITH BROTHERS LAUNCH COMPANY, INC.,)<br>SMITH BROTHERS FISH COMPANY, INC. )<br>Defendants. )<br>) | Dec 12  3 11 PM '03<br>U.S. DISTRICT COURT<br>NEW HAVEN, CONN.<br><br>C.A. NO: 302CV1667-JBA |

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37, the Defendants, William Costigan, Jr., Chieftan Fishing, Inc., The Chief, Smith Brothers Launch Company Inc., and Smith Brothers Fish Company, Inc., move to compel the Plaintiff, Steve Libby, to produce responses to Defendants' Second Request for Production of Documents, which were served upon the Plaintiff more than thirty (30) days ago.

The Defendants further move for sanctions against the Plaintiff, in the form of an automatic allowance of this motion and attorneys fees incurred in its preparation, due to the Plaintiff's failure to respond to a request for a discovery conference pursuant to Local Rule 37.1.

In further support thereof, the Defendants state:

1.  On September 17, 2003, the Plaintiff was served, via first-class mail, Defendants' Second Request for Production of Documents to be Produced by the Plaintiff. (See Exhibit A).

2.  When the Plaintiff did not respond to the Defendants' written discovery requests within 30 days, as required by Fed. R. Civ. P. 33 and 34, Defendants' counsel wrote to counsel for the Plaintiff on October 28, 2003, requesting Plaintiff's counsel advise as to the status of the outstanding discovery responses so as to avoid motion practice. (See Exhibit B).

3. As of the date of this motion, the Plaintiff still has not responded to Defendants' written discovery requests, and has not responded to the request by defense counsel for a discovery conference.

**WHEREFORE**, the Defendants' respectfully request that this Court grant their motion to compel the Plaintiff Steve Libby to respond to the Defendants' Second Request for Production of Documents to be Produced by the Plaintiff, and that it order the Plaintiff to pay Defendants' reasonable attorneys fees for preparing this motion, in an amount to be determined by the Court.

WILLIAM H. COSTIGAN, JR.,
CHIEFTAN FISHING INC., THE CHIEF
SMITH BROTHERS LAUNCH COMPANY, INC.,
AND SMITH BROTHERS FISH COMPANY,
INC.
By their attorney,

_/s/ Bertram E. Snyder_
Bertram E. Snyder, BBO#471320
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800
Juris No. CT00777

Henry C. Ide, Esq.
49 West Main Street
Avon, Connecticut 06001
(860) 674-8230
Juris No. CT05594


**Local Rule 37.1  Certification**

The undersigned counsel for the Defendants certifies that a discovery conference was not held due to the Plaintiff's failure to respond to Defendants' request for a discovery conference pursuant to Local Rule 37.1.

_/s/ Bertram E. Snyder_

## Certificate of Service

    I hereby certify that on this \_10\_ day of December 2003, I served the foregoing by mailing a copy thereof, postage prepaid, to Eric J. Land, Esq., Embry & Neusner, P.O. Box 1409, Groton, CT 06340.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE LIBBY<br>    Plaintiff,<br><br>WILLIAM H. COSTIGAN, JR.,<br>CHIEFTAN FISHING, INC., THE CHIEF,<br>SMITH BROTHERS LAUNCH COMPANY, INC.,<br>SMITH BROTHERS FISH COMPANY, INC.<br>    Defendants | C.A. NO: 302CV16671-JBA |

### DEFENDANT'S SECOND REQUEST FOR PRODUCTION
### OF DOCUMENTS TO BE PRODUCED BY THE PLAINTIFF

Pursuant to Fed.R.Civ.P. 34, Defendants, hereby request that the Plaintiff, Steve Libby ("Libby"), produce the following documents and things within thirty days of receipt hereof at the offices of its counsel, Looney & Grossman LLP, 101 Arch Street, Boston, Massachusetts 02110.

### DOCUMENTS REQUESTED

1. All writings regardless of description showing amounts earned by plaintiff from any occupation for the years 1996, 1997, 1998, 1999, 2000, 2001, 2002 and 2003.

2. All writings to plaintiff or from plaintiff to any City, State, or Federal agency relating in any way to any criminal convictions of the plaintiff, any parole of the plaintiff, any parole violation of the plaintiff, and any period of incarceration served by the plaintiff in any City, County, State or Federal facility.

3. Any writings in any way showing payments from the plaintiff to or on behalf of his two children.

4. Any writings showing amounts paid by plaintiff from <u>August 2000</u> to <u>the present</u> for the following expenses:

    1. Mortgage Payments
    2. Rental Payments
    3. Food

  4. Clothing
  5. Telephone
  6. Electricity
  7. Heath
  8. Insurance – Home, Health, Dental
  9. Automobile Expenses – Gas, Insurance, Repairs
  10. Residence Maintenance
  11. Medical Services

5. All medical bills received from any medical provider since January 1, 1998 to August 4, 2000.

6. Any writings showing any payments by the plaintiff for any medical bills received since August 4, 2000.

7. Any fishing licenses held by the plaintiff from January 1, 1998 to the present.

8. Any writings, recordings or descriptions showing commercial fishing vessels on which plaintiff served as a crewmember from January 1, 1998 to the present, excluding the FV CHIEF and the FV HAWK.

          WILLIAM H. COSTIGAN, JR.,
          CHIEFTAN FISHING INC., THE CHIEF
          SMITH BROTHERS LAUNCH COMPANY, INC.,
          AND SMITH BROTHERS FISH COMPANY,
          INC.
          By its attorney,


          _____
          Bertram E. Snyder, BBO#471320
          LOONEY & GROSSMAN, LLP
          101 Arch Street
          Boston, Massachusetts 02110
          (617) 951-2800
          Juris No. CT00777

          Henry C. Ide, Esq.
          49 West Main Street
          Avon, Connecticut 06001
          (860) 674-8230
          Juris No. CT05594

## Certificate of Service

    I hereby certify that on this 17th day of September 2003, I served the foregoing by mailing a copy thereof, postage prepaid, to Eric J. Land, Esq., Embry & Neusner, P.O. Box 1409, Groton, CT 06340.

# Looney & Grossman LLP
## Attorneys at Law

Bertram E. Snyder
Voicemail: Ext 543
Email: bertsnyder@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

October 28, 2003

Eric J. Land, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340

Re:  **Steve Libby v. William H. Costigan**
     **C.A. No. 302CV1667 (JBA)**
     **Our File No. 1372.078**

Dear Mr. Land:

Enclosed are the Defendants' Response to Plaintiff's Request for Production.

My file indicates that I filed a second Request for Production to the Plaintiff on September 17, 2003 and have not received responses. Please advise when I can anticipate a response in order that we can try to avoid motion practice.

Very truly yours,

Bertram E. Snyder

BES/ldo
Enclosure

cc:  Henry C. Ide, Esq. (w/enclosure)

L:\1372.078\Ltr\40