UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 16, 2003

11:00 A.M.

Held 11:02 - 11:17 (15 min)

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV1667** (JGM) **Libby v. Costigan**

| | |
|---|---|
| Henry C. Ide<br>49 W. Main St.<br>Avon, CT 06001<br>860-674-8230 | Chief<br>Chieftan Fishing Inc.<br>Smith Bro Fish Co. Inc.<br>Smith Bro Launch Co. Inc.<br>William H. Costigan, Jr. |
| Eric James Land<br>Embry & Neusner<br>118 Poquonnock Rd., Po Box 1409<br>Groton, CT 06340<br>860-449-0341 | Steve Libby |
| Bertram E. Snyder<br>Looney & Grossman<br>101 Arch St.<br>Boston, MA 02110<br>617-951-2800 | Chief<br>Chieftan Fishing Inc.<br>Smith Bro Fish Co. Inc.<br>Smith Bro Launch Co. Inc.<br>William H. Costigan, Jr. |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK