2CV1667 MOTORD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Dec 12 3 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

STEVE LIBBY
Plaintiff,

WILLIAM H. COSTIGAN, JR.,
CHIEFTAN FISHING, INC., THE CHIEF,
SMITH BROTHERS LAUNCH COMPANY, INC.,
SMITH BROTHERS FISH COMPANY, INC.
Defendants.

C.A. NO: 302CV1667(-JBA

**MOTION FOR AN ORDER TO COMPEL**
**PRODUCTION OF MEDICAL RECORDS**

NOW COME the Defendants, William Costigan, Jr., Chieftan Fishing, Inc., The Chief, Smith Brothers Launch Company Inc., and Smith Brothers Fish Company, Inc., and request this Honorable Court issue an order compelling The Penobscot Bay Medical Center (a/k/a/ PenBay) to produce any and all medical records relating to Steve Libby and copies of any invoices issued by The Penobscot Bay Medical for services rendered to Steve Libby.

In support of this motion the Defendants state the following facts:

1) Steve Libby received medical treatment at The Penobscot Bay Medical Center, located at 6 Glen Cove Drive, Rockport, Maine as part of his recovery following injuries allegedly sustained on or about August 5, 2000. (See Deposition Testimony of Steve Libby pp. 16-18 attached hereto as Exhibit A).

2) Maine counsel for the Defendants, William H. Welte, Esq., has made numerous efforts to obtain the subject medical records and invoices from The Penobscot Bay Medical Center. As of the date of this motion, counsel for Penobscot Bay

12/10/03 - Granted by agreement of counsel during the 12/11/03 conference, - U.S.M.J.

FILED
DEC 19 11 27 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.