2CV1667 MOTCOMP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Dec 12  3 11 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

STEVE LIBBY
    Plaintiff,

WILLIAM H. COSTIGAN, JR.,
CHIEFTAN FISHING, INC., THE CHIEF,
SMITH BROTHERS LAUNCH COMPANY, INC.,
SMITH BROTHERS FISH COMPANY, INC.
    Defendants.

C.A. NO: 302CV1667$-JBA

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37, the Defendants, William Costigan, Jr., Chieftan Fishing, Inc., The Chief, Smith Brothers Launch Company Inc., and Smith Brothers Fish Company, Inc., move to compel the Plaintiff, Steve Libby, to produce responses to Defendants' Second Request for Production of Documents, which were served upon the Plaintiff more than thirty (30) days ago.

The Defendants further move for sanctions against the Plaintiff, in the form of an automatic allowance of this motion and attorneys fees incurred in its preparation, due to the Plaintiff's failure to respond to a request for a discovery conference pursuant to Local Rule 37.1.

In further support thereof, the Defendants state:

1. On September 17, 2003, the Plaintiff was served, via first-class mail, Defendants' Second Request for Production of Documents to be Produced by the Plaintiff. (See Exhibit A).

2. When the Plaintiff did not respond to the Defendants' written discovery requests within 30 days, as required by Fed. R. Civ. P. 33 and 34, Defendants' counsel wrote to counsel for the Plaintiff on October 28, 2003, requesting Plaintiff's counsel advise as to the status of the outstanding discovery responses so as to avoid motion practice. (See Exhibit B).

[Handwritten margin notes:
"12/19/03 - Granted, by assignment of counsel during the 12/16/03 conference; plaintiff shall respond by 1/3/04."]