UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| STEVE LIBBY<br>　　　Plaintiff,<br><br>WILLIAM H. COSTIGAN, JR.,<br>CHIEFTAN FISHING, INC., THE CHIEF,<br>SMITH BROTHERS LAUNCH COMPANY, INC.,<br>SMITH BROTHERS FISH COMPANY, INC.<br>　　　Defendants. | C.A. NO: 302CV1667-JBA |

## STIPULATION OF DISMISSAL

Now come the parties pursuant to FRCP 41(a)(1) and stipulate that the following entry may be made on the docket:

1. Plaintiff's complaint dismissed with prejudice and without costs as to all defendants, and all notice provisions waived.

STEVE LIBBY

WILLIAM H. COSTIGAN, JR, CHIEFTAN FISHING, INC., THE CHIEF, SMITH BROTHERS LAUNCH COMPANY, INC. SMITH BROTHERS FISH COMPANY, INC.

By his attorney,

By their attorneys,

_____
Eric J. Land, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
(860) 449-0341

_____
Bertram E. Snyder, Esq
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\1372\078\Pld\22

_Henry C. Ide (BCI)_
Henry C. Ide, Esq.
Law Office of Henry C. Ide
49 West Main Street
Avon, Connecticut 06001
(860) 674-8230

L:\1372\078\Pld\22