UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEVE LIBBY )
    Plaintiff, )
)
) C.A. NO: 302CV1667-JBA
)
WILLIAM H. COSTIGAN, JR., )
CHIEFTAN FISHING, INC., THE CHIEF, )
SMITH BROTHERS LAUNCH COMPANY, INC.,)
SMITH BROTHERS FISH COMPANY, INC. )
    Defendants. )
)

## STIPULATION OF DISMISSAL

Now come the parties pursuant to FRCP 41(a)(1) and stipulate that the following entry may be made on the docket:

1. Plaintiff's complaint dismissed with prejudice and without costs as to all defendants, and all notice provisions waived.

STEVE LIBBY

By his attorney,

Eric J. Lund, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
(860) 449-0341

WILLIAM H. COSTIGAN, JR, CHIEFTAN
FISHING, INC., THE CHIEF, SMITH
BROTHERS LAUNCH COMPANY, INC. SMITH
BROTHERS FISH COMPANY, INC.

By their attorneys,

Bertram E. Snyder, Esq
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\1372\078\Pld\22

ORDERED ACCORDINGLY